IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH STONEHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-3255 |
| | § | |
| SOUTHWEST SEAFOOD, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Keith Stoneham moved for conditional collective-action certification and issuance of notice to all "fish cutters, warehouse personnel, and drivers employed by Southwest Seafood, Inc. during any workweek between October 26, 2014 to the present." (Docket Entry No. 33). The certificate of conference states that the motion is opposed, but Southwest Seafood did not respond, after the response deadline passed and after the court requested a response by June 8, 2018.

The motion is granted. The court has reviewed the proposed notice letter and notice-of-consent forms, (*Id.* Exs. 3, 4), and approves them for issuance to potential class members. Southwest Seafood must provide to Stoneham's counsel, in electronic format: (1) the name; (2) the last known mailing address; and (3) an email address for all members of the class, **by June 26, 2018**. For those potential class members for whom notices are returned as undeliverable, Stoneham may request production of additional information to assist in locating them. Stoneham's counsel must send a copy of the notice letter and the notice-of-consent forms to every person on the list within 7 days of receiving the list. The notice period ends on **August 17, 2018**, and the deadline for filing

notices of consent to join is **August 31, 2018.** Stoneham may send a postcard reminder to potential class members who have not filed notices of consent by **July 27, 2018.**

SIGNED on June 12, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge